■ JASPER A. FORESTIERE, Respondent, v. ALFRED J. D'ALESSANDRO, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 750.]

■ VIVIAN D. GOODMAN, Individually and as Administratrix of the Estate of HAROLD GOODMAN, Deceased, and as Guardian ad Litem for ROBERT H. GOODMAN and Others, Infants, Respondent, v. PAN AMERICAN WORLD AIRWAYS, INC., et al., Defendants, and UNITED AIRCRAFT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 707.]

■ In the Matter of FORT HAMILTON MANOR, INC., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. In the Matter of DAYTON DEVELOPMENT FORT HAMILTON CORP., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy and Kleinfeld, JJ. Ughetta, J., not voting. [See 1 A D 2d 979.]

■ In the Matter of FOUR MAPLE DRIVE REALTY CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent; HAROLD KELLY AND SEVENTY-FOUR OTHER TENANTS SIMILARLY SITUATED, Intervenors-Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 753.]

■ In the Matter of JUDITH GORDON, Respondent, against SOLOMON GORDON, Judgment Debtor. BERNARD F. KASS, as Receiver of the Law Partnership of GORDON & KASS, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Ughetta, Hallinan and Kleinfeld, JJ. Beldock, J., not voting. [See *ante*, p. 763.]

■ In the Matter of JOHN D. JONES, Petitioner, against FRANCIS W. ADAMS, as Police Commissioner of the City of New York, Respondent.— Motion to direct reinstatement of petitioner denied, without costs. No proceeding is presently pending before this court. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.

■ In the Matter of the Construction of the Will of ROMEO MARTORELLA, Deceased. JOHN MARTORELLA et al., Appellants; RALPH MARTORELLA et al., Individually and as Executors and Trustees under the Will of ROMEO MARTORELLA, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 688.]

■ JOJULE REALTY CORPORATION, Appellant, v. BONDED FROZEN FOOD CORP., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 698.]

■ WILLIAM J. LEVITT et al., Respondents, v. INCORPORATED VILLAGE OF SANDS POINT et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Beldock, Acting P. J., not voting. [See *ante*, p. 688.]

■ ANTHONY LIBERATORE, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.